# LISKOW&LEWIS
A Professional Law Corporation

| | | |
|---|---|---|
| One Shell Square | 822 Harding Street | 1001 Fannin Street |
| 701 Poydras Street, Suite 5000 | Post Office Box 52008 | Suite 1800 |
| New Orleans, LA 70139 | Lafayette, LA 70505 | Houston, TX 77002 |
| (504) 581-7979 Main | (337) 232-7424 Main | (713) 651-2900 Main |
| (504) 556-4108 Fax | (337) 267-2399 Fax | (713) 651-2908 Fax |

www.Liskow.com

September 25, 2017



**Via Email and U.S. Mail**

Peter Barbee, Esq.
Parish Attorney
Plaquemines Parish Government
8056 Highway 23, Suite 200
Belle Chasse, LA 70037

Dannie P. Garrett, III, Esq.
635 Main Street, #3
Baton Rouge, LA 70801

Scott Bickford, Esq.
Martzell, Bickford & Centola, APC
338 Lafayette Street
New Orleans, LA 70130

Henry King, Esq.
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170

David L. Landry, Esq.
Law Offices of David L. Landry
1214 Parasol Place
Pensacola, FL 32507

Re: Settlement b/t Plaquemines Parish and BP -- Notice of Lien/Privilege

Dear Counsel:

On behalf of BP, I am writing in reference to the June 2017 Settlement Agreement between Plaquemines Parish Government and the BP Entities as defined therein ("Settlement Agreement"). BP has received notice dated September 5, 2017, that a lien and privilege under La. R.S. 37:218 has been asserted against both the settlement and the underlying claim by the law firms of Martzell, Bickford & Centola, the Law Offices of David L. Landry, and King, Krebs & Jurgens (collectively, "Former Counsel").

BP's second payment under the Settlement Agreement is due on October 15, 2017. Section 14 of the Settlement Agreement calls for the payment to be made to a Regions Bank account of which the Martzell firm is identified as the beneficiary. However, by letter dated August 23, 2017, Mr. Bickford advised that his firm can no longer accept the payment. BP therefore requests clarification as to how the October 15 payment should be made.

If Plaquemines Parish Government so desires and if Former Counsel consent in writing, BP is prepared to amend the Settlement Agreement to update the payment instructions in Section 14. Accordingly, BP respectfully requests that, no later than September 29, (i) Plaquemines Parish Government advise whether it desires to amend the Settlement Agreement, and (ii) Former Counsel advise whether they consent to an amendment of the Settlement Agreement naming a payee other than Former Counsel. Absent such an amendment and consent by Former Counsel, BP will deposit the payment into the registry of the United States District Court for the Eastern District of Louisiana.

Thank you in advance for your help and attention to this matter.

Sincerely yours,

*[signature: Keith Jarrett]*

R. Keith Jarrett

RKJ/aj

cc:   Hon. Joseph C. Wilkinson, Jr. (By Hand)